IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| KARL SHACKELFORD | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:11CV431 |
| SAM HARDEN, ET AL | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** as time-barred, as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) because he cannot state a claim upon which relief may be granted, and as barred by the "three strikes" provision of 28 U.S.C. § 1915(g) and because he has not demonstrated that he has satisfied his prior sanctions. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**